# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LITTLE CAESAR ENTERPRISES, INC. and LC
TRADEMARKS, INC.,

      Plaintiffs,

v.                            Case No. 12-11662

K&M PIZZA, LLC, et al.,

      Defendants.

_____/

## DEFAULT JUDGMENT

In accordance with the court's June 29, 2012 "Order Granting Plaintiffs' Motion for Default Judgment,"

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs Little Caesar Enterprises, Inc., and LC Trademarks, Inc. and against K&M Pizza, LLC, LC of South Jersey LLC, Robert Armstrong, and Amy Armstrong.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants shall pay Plaintiffs $17,355 in reasonable attorney's fees and costs.  Dated at Detroit, Michigan, this 29th day of June 2012.


                                   DAVID J. WEAVER
                                   CLERK OF THE COURT


                      s/ Lisa Wagner
                      By:  Lisa Wagner, Case Manager
                          to Judge Robert H. Cleland